UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:09-cr-00015-LRH-RAM |
|---|---|
| Plaintiff, | **ORDER FOR PRETRIAL SERVICES TO RETURN PASSPORT TO DEFENDANT** |
| vs. | |
| LARRY GREENHILL, | |
| Defendant. | |

Based upon the Defendant's Motion for Pretrial Services to Return Passport filed herein,

IT IS HEREBY ORDERED that Pretrial Services return Mr. Greenhill's passport to him.

DATED: January 12, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3